IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

IRA LEE JACKSON,

      Petitioner,

v.                                    Case No. 5D16-2427

STATE OF FLORIDA,

      Respondent.

_____/

Opinion filed August 26, 2016

Petition for Belated Appeal
A Case of Original Jurisdiction.

Ira Lee Jackson, Okeechobee, pro se.

Pamela Jo Bondi, Attorney General
Tallahassee, and Marjorie Vincent Tripp,
Assistant Attorney General, Daytona
Beach, for Respondent.

PER CURIAM.

The petition for belated appeal is granted. A copy of this opinion shall be filed with the trial court and be treated as the notice of appeal from the February 26, 2016 order denying Petitioner's pro se motion for post-conviction relief, filed in Case No. 2013-CF-1918-A, in the Circuit Court in and for Seminole County, Florida. See Fla. R. App. P. 9.141(c)(6)(D).

PETITION GRANTED.

LAWSON, C.J., SAWAYA and WALLIS, JJ., concur.